Vincent Bottega, Respondent, v. Peter C. Campbell, Appellant.— Judgment of the County Court of Kings county reversed and new trial ordered, costs to abide the final award of costs, because of the inconsistency in the findings of the trial court as to the amount paid on account of plaintiff's claim, unless plaintiff stipulate within twenty days to reduce the amount adjudged due by the sum of fifteen dollars and interest in proportion, in

which event the judgment, as modified, is affirmed, without costs. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.